ALABAMA

**Exceedance**

| Defendant | Violation Count |
|---|---:|
| Alabama Carbon (Justice Coal of Alabama) | 53 |
| **Total** | **53** |

**Partial Sampling**

| Defendant | Violation Count |
|---|---:|
| Alabama Carbon (Justice Coal of Alabama) | 208 |
| **Total** | **208** |

**Partial DMR**

| Defendant | Violation Count |
|---|---:|
| Alabama Carbon (Justice Coal of Alabama) | 30 |
| **Total** | **30** |

**No DMR**

| Defendant | Violation Count |
|---|---:|
| Alabama Carbon (Justice Coal of Alabama) | 12 |
| **Total** | **12** |

| | |
|---|---:|
| Exceedance | 53 |
| Partial Sampling | 208 |
| Partial DMR | 30 |
| No DMRs | 12 |
| **Alabama Total** | **303** |

Exhibit 1