KENTUCKY

### Exceedance

| Defendant | Violation Count |
|---|---:|
| A & G Coal Corporation | 13 |
| Four Star Resources LLC | 40 |
| Infinity Energy, Inc. | 138 |
| Kentucky Fuel Corporation | 621 |
| Sequoia Energy, LLC | 347 |
| Virginia Fuel Corporation | 31 |
| **Total** | **1,190** |

### Partial Sampling

| Defendant | Violation Count |
|---|---:|
| A & G Coal Corporation | 10 |
| Four Star Resources LLC | 10 |
| Infinity Energy, Inc. | 102 |
| Kentucky Fuel Corporation | 55 |
| Sequoia Energy, LLC | 857 |
| Virginia Fuel Corporation | 6 |
| **Total** | **1,040** |

### Partial DMR

| Defendant | Violation Count |
|---|---:|
| A & G Coal Corporation | 34 |
| Four Star Resources LLC | 476 |
| Infinity Energy, Inc. | 932 |
| Kentucky Fuel Corporation | 6,279 |
| Sequoia Energy, LLC | 509 |
| Virginia Fuel Corporation | 2,153 |
| **Total** | **10,383** |

### No DMR

| Defendant | Violation Count |
|---|---:|
| A & G Coal Corporation | 1 |
| Four Star Resources LLC | 31 |
| Infinity Energy, Inc. | 19 |
| Kentucky Fuel Corporation | 103 |
| Kentucky Fuel Corporation (Operator Only) | 38 |
| Sequoia Energy, LLC | 75 |
| Virginia Fuel Corporation | 113 |
| **Total** | **380** |

| | |
|---|---:|
| Exceedance | 1,190 |
| Partial Sampling | 1,040 |
| Partial DMR | 10,383 |
| No DMR | 380 |
| **Kentucky Total** | **12,993** |

Exhibit 2