TENNESSEE

### Exceedance

| Defendant | Violation Count |
|---|---:|
| National Coal, LLC | 289 |
| Premium Coal Company, Incorporated | 137 |
| S and H Mining Inc. | 74 |
| **Total** | **500** |

### Partial Sampling

| Defendant | Violation Count |
|---|---:|
| National Coal, LLC | 17 |
| Premium Coal Company, Incorporated | 4 |
| **Total** | **21** |

### Partial DMR

| Defendant | Violation Count |
|---|---:|
| National Coal, LLC | 120 |
| Premium Coal Company, Incorporated | 46 |
| S and H Mining Inc. | 12 |
| **Total** | **178** |

### No DMR

| Defendants | Violation Count |
|---|---:|
| National Coal, LLC | 11 |
| Premium Coal Company, Incorporated | 13 |
| S and H Mining Inc. | 8 |
| **Total** | **32** |

### Unauthorized Discharge

| Defendant | Violation Count |
|---|---:|
| National Coal, LLC | 10 |
| Premium Coal Company, Incorporated | 40 |
| **Total** | **50** |

| | |
|---|---:|
| Exceedance | 500 |
| Partial Sampling | 21 |
| Partial DMR | 178 |
| No DMR | 32 |
| Unauthorized Discharge | 50 |
| **Tennessee Total** | **781** |

Exhibit 3