VIRGINIA

**Exceedance**

| Defendant | Violation Count |
| --- | ---: |
| A & G Coal Corporation | 48 |
| Airway Resources, L.L.C. | 10 |
| Black River Coal, LLC | 30 |
| Chestnut Land Holdings, LLC | 3 |
| Nine Mile Mining, Inc. (Operator Only) | 6 |
| Virginia Fuel Corporation | 272 |
| **Total** | **369** |

**Partial Sampling**

| Defendant | Violation Count |
| --- | ---: |
| A & G Coal Corporation | 2,466 |
| Airway Resources, L.L.C. | 29 |
| Baden Reclamation Company | 340 |
| Black River Coal, LLC | 40 |
| Chestnut Land Holdings, LLC | 13 |
| Meg-Lynn Land Company, Inc. | 166 |
| Nine Mile Mining, Inc. (Operator Only) | 91 |
| Virginia Fuel Corporation | 1,940 |
| **Total** | **5,085** |

**Partial DMR**

| Defendant | Violation Count |
| --- | ---: |
| A & G Coal Corporation | 1,208 |
| Airway Resources, L.L.C. | 2 |
| Black River Coal, LLC | 6 |
| Baden Reclamation Co. Inc. | 374 |
| Chestnut Land Holdings | 1 |
| Meg-Lynn Land Co., Inc. | 30 |
| Nine Mile Mining Inc (Operator Only) | 64 |
| Virginia Fuel Corporation | 1,481 |
| **Total** | **3,166** |

**No DMR**

| Defendant | Violation Count |
| --- | ---: |
| A & G Coal Corporation | 4 |
| Black River Coal, LLC | 1 |
| Cane Patch Mining Co., Inc. | 2 |
| A&G Coal Corporation (Operator Only) | 138 |
| Virginia Fuel Corporation | 14 |
| **Total** | **159** |

| | |
| --- | ---: |
| Exceedance | 369 |
| Partial Sampling | 5,085 |
| Partial DMR | 3,166 |
| No DMR | 159 |
| **Virginia Total** | **8,779** |

Exhibit 4