WEST VIRGINIA

**Exceedance**

| Defendant | Violation Count |
|---|---|
| Appalachian Fuels, LLC. (Greenthorn, LLC) | 2 |
| Bluestone Coal Corporation (Bluestone Resources Inc.) | 333 |
| Dynamic Energy, Inc. | 197 |
| Greenthorn, LLC | 2 |
| Justice Highwall Mining, Inc. | 15 |
| Kentucky Fuel Corporation | 8 |
| National Resources, Inc. | 14 |
| Nufac Mining Company Inc | 49 |
| Pay Car Mining, Inc. | 5 |
| Second Sterling Corp. | 87 |
| **Total** | **712** |

**Partial Sampling**         No Violations Identified

**Partial DMR**

| Defendant | Violation Count |
|---|---|
| Chestnut Land Holdings, LLC | 26 |
| Greenthorn, LLC | 66 |
| Newgate Development of Beckley LLC | 25 |
| **Total** | **117** |

**No DMR**

| Defendant | Violation Count |
|---|---|
| Chestnut Land Holdings, LLC | 3 |
| Greenthorn, LLC | 3 |
| Newgate Development of Beckley LLC | 2 |
| **Total** | **8** |

| | |
|---|---|
| Exceedance | 712 |
| Partial Sampling | - |
| Partial DMR | 117 |
| No DMR | 8 |
| **West Virginia Total** | **837** |

Exhibit 5