Justice Coal - Violations Summary

**Violations By State**

| State | Number of Violations |
|---|---|
| Alabama | 303 |
| Kentucky | 12,993 |
| Tennessee | 781 |
| Virginia | 8,779 |
| West Virginia | 837 |
| **Total** | **23,693** |

**Violation by Type**

| Violation Type | Number of Violations |
|---|---|
| Exceedance | 2,824 |
| Partial sampling | 6,354 |
| Partial DMR | 13,874 |
| No DMR | 591 |
| Unauthorized Discharge | 50 |
| **Total** | **23,693** |

**Violations by State and Type**

| Alabama | Number of Violations |
|---|---|
| Exceedance | 53 |
| Partial sampling | 208 |
| Partial DMR | 30 |
| No DMR | 12 |
| **Alabama Total** | **303** |

| Kentucky | Number of Violations |
|---|---|
| Exceedance | 1,190 |
| Partial sampling | 1,040 |
| Partial DMR | 10,383 |
| No DMR | 380 |
| **Kentucky Total** | **12,993** |

| Tennessee | Number of Violations |
|---|---|
| Exceedance | 500 |
| Partial sampling | 21 |
| Partial DMR | 178 |
| No DMR | 32 |
| Unauthorized Discharge | 50 |
| **Tennessee Total** | **781** |

| Virginia | Number of Violations |
|---|---|
| Exceedance | 369 |
| Partial sampling | 5,085 |
| Partial DMR | 3,166 |
| No DMR | 159 |
| **Virginia Total** | **8,779** |

| West Virginia | Number of Violations |
|---|---|
| Exceedance | 712 |
| Partial sampling | - |
| Partial DMR | 117 |
| No DMR | 8 |
| **West Virginia Total** | **837** |
| **Grand Total** | **23,693** |

Exhibit 6