Justice Coal - Information Request Violations

| Defendant | Request Date | Date Received | Response Due Date | Date Answered | Total Violation Time Period (days) |
|---|---|---|---|---|---|
| National Coal, LLC | March 4, 2011 | March 7, 2011 | April 6, 2011 | October 12, 2011 | 188 |
| National Coal, LLC | July 27, 2011 | August 1, 2011 | August 31, 2011 | March 22, 2012 | 203 |
| Premium Coal Company, Incorporated | August 5, 2011 | August 8, 2011 | September 7, 2011 | March 22, 2012 | 196 |

Exhibit 7