**CIVIL COVER SHEET ATTACHEMENT**

**ATTORNEYS FOR THE PLAINTIFFS:**

Attorneys for the United States of America

LORI JONAS
Senior Attorney
Tel: (202) 514-4080
Email: lori.jonas@usdoj.gov

LESLIE ALLEN
Senior Attorney
Tel: (202) 514-4114
Email: leslie.allen@usdoj.gov

LEIGH P. RENDÉ
Trial Attorney
Tel: (202) 514-1461
Email: leigh.rende@usdoj.gov

PATRICK CASEY
Senior Counsel
Tel: (202) 514-1448
Email: patrick.casey@usdoj.gov

U.S. Department of Justice
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044

Attorneys for the State of Alabama

ROBERT TAMBLING
Assistant Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130-1463
Tel: (334) 242-7445
Email: rtambling@ago.state,al.us

SCHUYLER K. ESPY
Associate General Counsel
Alabama Department of Environmental Management
P.O. Box 301463
Montgomery, Alabama 36130-1463

1

**CIVIL COVER SHEET ATTACHEMENT**

Tel: (334) 271-7855
Email: sespy@adem.state.al.us

Attorney for the Commonwealth of Kentucky
LANCE HUFFMAN
Kentucky Energy and Environment Cabinet
Office of General Counsel
2 Hudson Hollow
Frankfort, Kentucky 40601
Tel: (502) 564-2356 ext. 776
Email: lance.huffman@ky.gov

Attorney for the State of Tennessee

WILSON S. BUNTIN
Senior Counsel
Tennessee Attorney General's Office
Environmental Division
P.O. Box 20207
Nashville. TN 37202
Tel: (615) 253-5118
Email: wilson.buntin@ag.tn.gov

Attorney for the Commonwealth of Virginia

PAUL KUGELMAN, JR.
Senior Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Tel: (804) 786-3811
Email: pkugelman@oag.state.va.us


**ATTORNEYS FOR THE DEFENDANTS:**

MICHAEL W. CAREY
BENJAMIN BRYANT
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charlestown, West Virginia 25323
Tel: (304) 345-1234
Emails: mwcarey@cslawfirm.com
         sbbryant@cslawfirm.com