# APPENDIX A

# FINANCIAL INFORMATION SUBMITTED TO THE UNITED STATES FROM SOUTHERN COAL AND AFFILIATED COMPANIES

- Promissory Notes
- Installment Sales Contracts
- Equipment Lease Agreements
- Equipment Debt Summary
- Security Agreements
- Guaranty Agreements
- Purchase Agreements
- Finance Agreement
- Mortgage Agreements
- Deeds of Trust
- Bank Notes
- Assignment of Permits
- Judicial Settlement Documents
- Corporate Tax Returns and Schedules
- Corporate Financial Records
- Corporate Financial Projections
- Corporate Budget Documents
- Corporate Organization Information
- Intercorporate Transactions
- Southern Coal Corp. Loans from Shareholders
- Correspondence from Management and Counsel