# APPENDIX B

# Priority Permits for Treatment System Audits

**Phase 1**

Alabama

| SMCRA | NPDES | Facility Name |
|---|---|---|
| P3946 | AL0080071 | Crane Central Mine |

Kentucky

| SMCRA | NPDES | Facility Name |
|---|---|---|
| 860-8020 | KY0094510 | Jones Fork Preparation Plant |
| 860-5339 | KYGE40925 | Tutrle Br. (Abundance) |
| 860-9015 | KYGE40925 | Jones Fork Impoundment |
| 860-9016 | KYGE40925 | Jones Fork Refuse |
| 860-5346 | KYGE40853 | Mousie HZ #4 (Bear Br.) |
| 860-5349 | KYGE40899 | Slone Branch |
| 860-0505 | KYGE40875 | Yellow Mountain |
| 860-5342 | KYGE40977 | Triplett Branch |
| 860-0502 | KYGE40977 | Big Springs #1 |

Tennessee

| SMCRA | NPDES | Facility Name |
|---|---|---|
| 3237/3239 | TN0049964 | Baldwin Plant/Baldwin Refuse |
| TN-021 | TN0079502 | Mine 14 |
| 3183 | TN0079570 | Area 20 |
| 3154 | TN0076376 | Mine 7 |

Virginia

| SMCRA | NPDES | Facility Name |
|---|---|---|
| 1702073 | VA0082073 | VFC-Calvin Facilities |
| 1301742 | VA0081742 | Kelly View Unit Train Load |
| 1101914 | VA0081914 | Sawmill Hollow #3 Mine |
| 1101916 | VA0081916 | Sawmill Hollow Mine #2 |
| 1101991 | VA0081991 | Craiger Hollow Surface Mine |
| 1402094 | VA0082094 | War Creek Mine #1 |
| 1602071 | VA0082071 | VFC- Eastern Strip |
| 1101975 | VA0081975 | Canepatch/Sargent Hollow |
| 1102077 | VA0082077 | VFC - Hobcaw Strip |
| 1102059 | VA0082059 | VFC Surface Mine #1 |
| 1101953 | VA0081953 | Baden Surface Remining |
| 1102042 | VA0082042 | MRC No. 1 |
| 1302047 | VA0082047 | Ramsey Prep |
| 1602078 | VA0082078 | VFC-Eastern Strip |
| 1602074 | VA0082074 | State Line Strip |
| 1101905 | VA0081905 | Looney Ridge Surface Mine |
| 1102052 | VA0082052 | Kelly Branch Surface Mine |

West Virginia

| SMCRA | NPDES | Facility Name |
|---|---|---|
| S-3014-11 | WV1026488 | Three Marie Highwall Mine |
| S-0072-82 | WV1006304 | Red Fox Strip Surface Mine |
| S-4025-86 | WV0097446 | Nufac Surface Mine 2 |
| S-3009-08 | WV1022580 | Tams No.1 Surface Mine |
| U-0432-00 | WV1006681 | Double E Deep Mine No.1 |
| S-4009-00 | WV1018965 | Sewell Seam Surface #2 |
| S-4008-99 | WV1018779 | Pinnacle Ridge Surface Mine |
| S-4003-99 | WV1018736 | Payne Branch Strip Surface Mine |

**Phase 2**

Alabama

| SMCRA | NPDES | Facility Name |
|---|---|---|
| P3843, P3877 | AL0062693 | Mine No. 2 |
| P3807 | AL0072991 | Henagar Mine |
| P3822 | AL0073920 | Mine No. 1 |
| P3908 | AL0078867 | Poore Kirby |
| P3829 | AL0073962 | Glade Prep Plant |
| P3889 | AL0078026 | Mine No. 3 |

Kentucky

| SMCRA | NPDES | Facility Name |
|---|---|---|
| 813-0354 | KYGE40652 | Five Mile |
| 813-0363 | KYGE40958 | Spring Fork |
| 813-5032 | KYGE40964 | K2 Deep Mine |
| 813-7036 | KYGE40958 | Haul Road |
| 813-8028 | KYGE40659 | Prep Plant |
| 813-8032 | KYGE40646 | K2 Impoundment |
| 813-8033 | KYGE40646 | K2 Impoundment |
| 836-5580 | KYGE40714 | Inner Mountain Mining |
| 836-5581 | KYGE40695 | Marshall Mining #7 |
| 836-8070 | KYGE40721 | Jett Loadout |
| 848-0221 | KYGE40904 | Infinity #3 |
| 848-0230 | KYGE40722 | Liggett |
| 848-0249 | KYGE40976 | Cawood Surface Mine |
| 848-0270 | KYG041951 | Liggett #1/Sequoia |
| 848-0271 | KYG045723 | Sequoia Energy |
| 848-0273 | KYG046085 | Sequoia Energy |
| 848-0274 | KYG046077 | Sequoia Energy |
| 848-0275 | KYG046143 | Liggett #7 |
| 848-0277 | KYGE40976 | Cawood Surface Mine |
| 848-0278 | KYGE40976 | Cawood Surface Mine |
| 848-0282 | KYGE40904 | Trace Branch |
| 848-0283 | KYGE40904 | Infinity #2 |
| 848-0315 | KYGE40710 | Virginia Fuels |
| 848-0316 | KYGE40710 | Virginia Fuels |
| 848-0317 | KYGE40710 | Virginia Fuels |
| 848-5459 | KYG044274 | Sequoia Energy |

| | | |
|---|---|---|
| 848-5460 | KYG043206 | Creech B&D Mine |
| 848-5461 | KYGE40722 | Darby Deep |
| 848-5462 | KYGE40722 | Sequoia Energy |
| 848-5463 | KYGE40840 | Liggett 8 & 9/ Harlan |
| 848-5466 | KYGE40722 | Sequoia Energy |
| 848-5485 | KYGE40722 | Liggett #3 |
| 848-5505 | KYGE40710 | Virginia Fuels |
| 848-5506 | KYGE40710 | Darby |
| 848-5507 | KYGE40710 | Virginia Fuels |
| 848-5508 | KYGE40710 | Creech Deep Mine |
| 848-5509 | KYGE40710 | Parsons/Wax Small Seam |
| 848-5510 | KYGE40710 | Jerichol Prep |
| 848-5511 | KYGE40710 | Low Splint |
| 848-5512 | KYGE40710 | Huff Creek |
| 848-5513 | KYGE40710 | Wilson #1 |
| 848-7024 | KYG044503 | Sequoia Haul Road |
| 848-7027 | KYGE40976 | Four Star Haul Road |
| 848-7036 | KYGE40710 | VFC Haul Road |
| 848-8076 | KYGE40722 | Bardo Prep |
| 848-8082 | KYGE40710 | Louder Creek |
| 848-9025 | KYGE40722 | John's Branch Refuse |
| 848-9028 | KYGE40710 | Trace Gap Refuse |
| 860-0502 | KYGE40977 | Big Springs |
| 860-0503 | KYGE40923 | Hunter Branch |
| 860-0504 | KYGE40977 | Triplett Branch Ridge #6 |
| 860-0505 | KYGE40875 | Yellow Mountain |
| 860-5337 | KYGE40649 | Sycamore Fork |
| 860-5338 | KYGE40670 | Old J&R Coal |
| 860-5339 | KYGE40925 | Jones Fork |
| 860-5340 | KYGE40925 | E1 South |
| 860-5341 | KYGE40923 | Motts Branch E1 |
| 860-5342 | KYGE40977 | Triplett Branch |
| 860-5343 | KYGE40398 | Old Blazing Saddles |
| 860-5344 | KYGE40725 | North Star 12 |
| 860-5345 | KYGE40925 | E-3 Slope |
| 860-5346 | KYGE40853 | Bear Branch |
| 860-5347 | KYGE40925 | E3 Four Mile |
| 860-5348 | KYGE40759 | Caney E1 |
| 860-5349 | KYGE40899 | Slone Branch |
| 860-5350 | KYGE40923 | Marshall Mining |
| 860-5351 | KYGE40925 | J&T Mining |
| 860-7013 | KYGE40925 | Rt 80 Jones Fk Haul Road |
| 860-8020 | KY0094510 | Jones Fork Plant |
| 860-9015 | KYGE40925 | Jones Fork Impoundment |
| 860-9016 | KYGE40925 | Jones Fork Refuse |
| 866-5151 | KYG046680 | Lovely Branch |
| 866-5152 | KYGE40967 | Lovely Branch |
| 867-0498 | KY0106151 | Job 4 |
| 877-0206 | KYGE40894 | Bull Creek |
| 877-0207 | KYGE40894 | Bull Creek West |
| 898-0775 | KYGE40869 | Beech Creek |
| 898-0840 | KYGE40094 | New Bear Branch |
| 898-0881 | KYGE40992 | Bent Mountain |
| 898-0882 | KYGE40992 | Bent Mountain |
| 898-0883 | KYGE40992 | Bent Mountain |
| 898-0884 | KYGE40874 | Bevin's Branch |

| 898-0933 | KYGE40246 | New Bear Branch 3 |
| 898-0940 | KYGE40740 | New Bear Branch 2 |
| 898-4490 | KYGE40246 | New Bear Branch 3 |

Tennessee

| SMCRA | NPDES | Facility Name |
|---|---|---|
| 2427 | TN0052531 | Mine 8 |
| 2866 | TN0051918 | Tipple & Prep Plant |
| 2872 | N/A | Haul Rd 2R |
| 2873 | N/A | Haul Rd 1R |
| 2883 | TN0063592 | Refuse 2 |
| 2951 | TN0071307 | Area 18 |
| 3046 | TN0072168 | Deep Mine 11 |
| 3055 | TN0072419 | Deep Mine 12 |
| 3064 | TN0076368 | Refuse 3 |
| 3143 | TN0079529 | Area 19 |
| 3183 | TN0079570 | Area 20 |
| 3233 | TN0079294 | Mine 3 |
| 3234 | TN0079308 | Mine 4 |
| 3235 | TN0079561 | Mine 15 |
| 3236 | N/A | Haul Rd 3 |
| 3237 | TN0049964 | Baldwin Plant |
| 3238 | TN0043222 | Baldwin Loadout |
| 3239 | TN0049964 | Baldwin Impoundment |
| 3240 | TN0052965 | Mine 17 |
| 3241 | TN0069159 | Mine 5A |
| 3249 | TN0076376 | Mine 7 |
| 3250 | TN0069175 | Mine 3B |
| 3254 | N/A | Haul Rd No. 1 |
| 3255 | TN0071803 | Deep Mine 8 |
| 3256 | TN0072729 | Deep Mine 9 |
| 2283066 | TN0046647 | Deep Mine 2 |
| TN-020 | TN0076180 | Deep Mine 10 |
| TN-021 | TN0079502 | Mine 14 |
| TN-023 | TN0079120 | Deep Mine 11 |

Virginia

| SMCRA | NPDES | Facility Name |
|---|---|---|
| 1100877 | VA0080877 | Bearpen Hollow #4 |
| 1101554 | VA0081554 | Adjacent to Cane Patch |
| 1101800 | VA0081800 | Job 21-19 GOB |
| 1101824 | VA0081824 | Looney Ridge Surface Mine #2 |
| 1101905 | VA0081905 | Looney Ridge #2/ Job 23 |
| 1101914 | VA0081914 | A & G #2 / Sawmill Hollow #3 |
| 1101916 | VA0081916 | Job 20/ Sawmill Hollow #1 |
| 1101917 | VA0081917 | Job 20/ Sawmill Hollow #2 |
| 1101918 | VA0081918 | A & G #21 Canepatch Mine |
| 1101953 | VA0081953 | Baden Surface Remining |
| 1101954 | VA0081954 | Job 22 Bearpen Hollow #4 |
| 1101975 | VA0081975 | Job 20 / Sargeant Hollow |
| 1101991 | VA0081991 | Craiger Hollow |
| 1102003 | VA0082003 | Possum Trot Surface |

| 1102028 | VA0082028 | Job 23A Wilson/ Lick Branch |
| 1102042 | VA0082042 | MRC No. 1 |
| 1102051 | VA0082051 | Halfway Branch Surface Mine |
| 1102052 | VA0082052 | Kelly Branch |
| 1102054 | VA0082054 | Meg Lynn Mill Branch Mine |
| 1102058 | VA0082058 | Blackwood Strip |
| 1102059 | VA0082059 | VFC Surface Mine 1 |
| 1102077 | VA0082077 | VFC - Hobcaw Strip "Hobcaw" |
| 1102079 | VA0082079 | Dalton Branch Surface "Bishop" |
| 1201949 | VA0081949 | Never Transferred |
| 1202070 | VA0082070 | VFC Harlan #2 Mine |
| 1202075 | VA0082075 | Stone Creek Mine "Hobcaw" |
| 1202076 | VA0082076 | Hobcaw#1 "Hobcaw" |
| 1301742 | VA0081742 | Kelly View |
| 1301992 | VA0081992 | Bullitt Complex |
| 1302047 | VA0082047 | Ramsey Prep |
| 1302048 | VA0082048 | Ramsey Refuse Disposal Area |
| 1302066 | VA0082066 | Bishop Refuse Impoundment |
| 1302069 | VA0082069 | Exeter Tipple |
| 1402094 | VA0082094 | War Creek |
| 1502053 | VA0082053 | Meg-Lynn Prep Facility |
| 1502057 | VA0082057 | Straight Fork Surface Mine |
| 1602068 | VA0082068 | *Sigmon* VFC-Western Strip |
| 1602071 | VA0082071 | *Sigmon* VFC-Eastern Strip |
| 1602072 | VA0082072 | *Sigmon* VFC-Southern Strip |
| 1602074 | VA0082074 | State Line Strip/Wilson 1&2 |
| 1602078 | VA0082078 | VFC-Eastern Strip/Darby Strip |
| 1702073 | VA0082073 | *Sigmon* VFC-Calvin Facilities |

West Virginia

| SMCRA | NPDES | Facility Name |
|---|---|---|
| D001182 | WV1005995 | No. 26A Mine - Poca #11 |
| D070200 | WV1005987 | Haulroad - Mitchem Cem. |
| E007400 | WV0062961 | Coal Mountain No.2 |
| E011700 | WV1005774 | Rolfe 6A Mine - Poca #6 |
| H041400 | WV1006070 | Haulroad 26-79 Strip |
| H043600 | WV1020366 | WV-3 Haul Road |
| H062200 | WV1005995 | Haulroad (By 19 to 24 Mine) |
| N/A | WV1024230 | Eckman Loadout |
| O006083 | WV1005979 | Old Shop Yard 37 Mine |
| O007383 | WV1005979 | Haulroad - Mitchem Cemetery |
| O008282 | WV0060216 | Preparation Plant |
| O008382 | WV0060216 | Refuse Disposal Site |
| O301109 | WV1024361 | East Gulf Haulroad |
| O403688 | WV1006614 | HR - Box cut to #35 Mine |
| P058600 | WV1016539 | Coal Mountain No.1 |
| S007282 | WV1006304 | Red Fox Strip - Multiple Seam |
| S300309 | WV1022652 | Bald Knob Surface Mine |
| S300908 | WV1022580 | Laurel Creek #1 Surface Mine |
| S300998 | WV1015389 | Tams No. 1 Surface Mine |
| S301411 | WV1026488 | Three Marie Mine |
| S301809 | WV1024442 | East Gulf Surface Mine |
| S400110 | WV1024078 | McDonald Fork Surface Mine |
| S400305 | WV1021281 | Puncheoncamp Thin Seam #2 |

| | | |
|---|---|---|
| S400311 | WV1025911 | Bishop WV Surface Mine |
| S400399 | WV1018736 | Payne Branch Strip (Job 32) |
| S400504 | WV1021249 | Puncheoncamp Thin Seam |
| S400899 | WV1018779 | Pinnacle Ridge Strip (Job 39) |
| S400900 | WV1018965 | Sewell Seam Surface #2 (34) |
| S400905 | WV1021338 | Big Branch 12 Seam Highwall |
| S401301 | WV1021079 | Poca. 11 Contour & Auger No. 2 |
| S401401 | WV1021061 | Contour & Auger No. 1 |
| S401996 | WVG014022 | 12 Seam Auger |
| S402096 | WV1016539 | Coal Mountain No.1 |
| S402196 | WV0062961 | Coal Mountain No.2 |
| S402586 | WV0097446 | Keystone No. 1 Strip - Sewell |
| S501300 | WV1020366 | WV 3 Surface Mine & Haulroad |
| U005284 | WV0060216 | Keystone No. 1 Mine - Poca #3 |
| U012083 | WV0065048 | Coal Loadout Drainage |
| U015000 | WV1006070 | No. 14 Mine - Poca #10 |
| U021483 | WV0091952 | Mine #36/ Dalton Branch Refuse |
| U043200 | WV1006681 | Coal Mountain |
| U045700 | WV1005987 | No. 20 Mine |
| U046000 | WV1005987 | No. 21 Mine |
| U048100 | WV1008552 | N0. 41 Mine - Poca #11 |
| U062400 | WV1005987 | No. 22 Mine |
| U400107 | WV1021451 | Double Camp Mine No. 1 |
| U400189 | WV1005979 | No. 37 Mine - Poca #6 |
| U400202 | WV1021095 | Mine No. 65 - Little Firecreek |
| U400289 | WV1005979 | No. 38 Mine - Poca #6 |
| U400302 | WV1021117 | Mill Creek Deep Mine |
| U400398 | WV1024132 | No. 55 Mine - Poca #12 |
| U400587 | WV1005952 | Classic Mine |
| U400592 | WV1024116 | No. 45 Mine - Poca #11 |
| U400599 | WV1018752 | No. 59 Mine - Poca. #9 |
| U400788 | WV1006347 | No. 32 Mine |
| U400808 | WV1023781 | Spider Ridge Deep Mine |
| U400895 | WV1024124 | No. 53 Mine - Poca #6 |
| U400999 | WV1018787 | Mine No. 60 |
| U401098 | WV1018663 | No. 58 Mine - Poca #4 |
| U401099 | WV1018787 | Mine No. 61 |
| U401199 | WV1018787 | Mine No. 62 |
| U401292 | WV1018809 | Buckeye Mine |
| U401398 | WV1018698 | No. 57 Mine - Poca #11 |
| U401488 | WV1005481 | Miller Mine |
| U401493 | WV1012312 | No. 48 Mine - Poca #11 |
| U401498 | WV1018701 | No. 56 Mine - Poca #6 |
| U401511 | WV1026003 | Belcher Branch Deep Mine |
| U401593 | WV1012312 | No. 49 Mine - Poca #11 |
| U401693 | WV1024116 | No. 50 Mine - Poca #11 |
| U401699 | WV1018833 | No. 63 Mine - Poca #11 |
| U401787 | WV1005944 | No. 66 Mine - Poca #6 |
| U401799 | WV1018833 | No. 64 Mine - Poca #11 |
| U401892 | WV1012045 | No. 46 Mine - Poca #11 |
| U402009 | WV1024060 | Deep Mine 8 |
| U402109 | WV1024060 | Deep Mine 9 |
| U402192 | WV1012088 | No. 47 Mine - Poca #11 |
| U402209 | WV1024060 | Deep Mine 9L |
| U402289 | WV1005481 | Nufac Mine |
| U402295 | WV1024167 | No. 52 Mine - Poca #11 |

| | | |
|---|---|---|
| U402389 | WV1008803 | No. 42 Mine - Poca #11 |
| U402488 | WV1006479 | No. 35 Mine - Poca #11 |
| U402588 | WV1006479 | No. 36 Mine - Poca #11 |
| U402790 | WV1024159 | No. 39 Mine |
| U402889 | WV1008838 | No. 44 Mine - Poca. #4 |
| U402890 | WV1024159 | No. 40 Mine |
| U403588 | WV1006614 | No. 33 Mine |
| U403588 | WV1006614 | No. 33A Mine - Poca #10 |
| U404186 | WV1005481 | Sunrise Mine |