IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

(ROANOKE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 7:16-cv-00462-GEC |
| SOUTHERN COAL CORPORATION, ET AL., | ) |
| Defendants. | ) |

### THE UNITED STATES' UNOPPOSED MOTION
### TO ENTER THE CONSENT DECREE

On September 30, 2016, the United States, on behalf of the United States Environmental Protection Agency ("EPA"), lodged with this Court a proposed Consent Decree in the above-captioned action (Case 7:16-cv-00462-GEC Document 2-1 through Document 2-7 pageid#s 92-930). The proposed Consent Decree resolves all claims alleged by the United States, the State of Alabama, the Commonwealth of Kentucky, the State of Tennessee, and the Commonwealth of Virginia in the Complaint filed in this action against Southern Coal Corporation, *et al*. for violations of the Clean Water Act. A thirty-day public notice and comment period has now passed, during which one comment was received. *See* United States' Memorandum in Support of its Unopposed Motion to Enter the Consent Decree, Attachment A (comment letter), filed concurrently with this motion.

As the proposed Consent Decree is fair, reasonable, and consistent with the purposes of the Clean Water Act ("CWA"), the United States hereby requests that the Court approve and sign

1

Case 7:16-cv-00462-MFU   Document 17   Filed 12/09/16   Page 2 of 4   Pageid#: 967

the Consent Decree lodged on September 30th, and enter it as the final judgement in this action.

All parties support entry of the Consent Decree.

  Respectfully submitted,

        JOHN C. CRUDEN
        Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice


        */s/ Lori Jonas*
        LORI JONAS (CA Bar No.: 158268)
        Senior Attorney
        Tel: (202) 514-4080
        Email: lori.jonas@usdoj.gov

        LESLIE ALLEN (Wash. DC Bar No.: 421354)
        Senior Attorney
        Tel: (202) 514-4114
        Email: leslie.allen@usdoj.gov

        LEIGH P. RENDÉ  (PA Bar No.: 203452)
        Trial Attorney
        Tel: (202) 514-1461
        Email: leigh.rende@usdoj.gov

        PATRICK CASEY (FL Bar No.: 731048)
        Senior Counsel
        Tel: (202) 514-1448
        Email: patrick.casey@usdoj.gov

        Environmental Enforcement Section
        Environment & Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044

2

JOHN P. FISHWICK JR.
United States Attorney
Western District of Virginia

ANTHONY GIORNO (VSB No.: 15830)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
310 1st Street, SW
Room 906
Roanoke, VA 24011
Tel: 540-857-2906
Email: anthony.giorno@usdoj.gov

OF COUNSEL:

MELISSA RAACK
Attorney-Advisor
U.S. Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

KAVITA K. NAGRANI
Associate Regional Counsel
U.S. Environmental Protection Agency, Region IV
61 Forsyth Street, S.W.
Atlanta, Georgia 30303

DOUG FRANKENTHALER
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, Pennsylvania 19103