IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

(ROANOKE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 7:16-cv-00462-GEC ) ) |
| SOUTHERN COAL CORPORATION, ET AL., | ) ) |
| Defendants. | ) ) ) |

**ORDER**

Upon consideration of the United States' Unopposed Motion to Enter the Consent Decree, the Court finds that the Consent Decree is fair, adequate, and reasonable, and not illegal, a product of collusion, or against the public interest, and GRANTS the motion.

It is ORDERED that the Consent Decree between Plaintiffs, the United States of America, et al., and Defendants, Southern Coal Corporation, et al., lodged with the Court on September 30, 2016 (Case 7:16-cv-00462-GEC Document 2-1 through Document 2-7 pageid#s 92-930) shall be signed and entered as the final judgement in this action.

The Clerk shall administratively close the case on the docket.

Entered this ____ day of December, 2016.

_____
GLEN E. CONRAD
Chief United States District Judge