# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

### (ROANOKE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,      ) | |
|                        ) | |
|         Plaintiffs,            ) | |
|                        ) | Civil Action No. 7:16-cv-00462-GEC |
|     v.                    ) | |
|                        ) | |
| SOUTHERN COAL CORPORATION, ET AL.,   ) | |
|                        ) | |
|         Defendants.         ) | |
|                        ) | |

## DECLARATION OF LAURIE E. IRELAND

I, Laurie E. Ireland, declare the following to be true and correct to the best of my knowledge under the penalty of perjury:

1. My name is Laurie E. Ireland, and I am an employee of the United States Environmental Protection Agency ("EPA"), Region 4, in Atlanta, Georgia. I have been employed by EPA since September 2005.

2. I obtained my Bachelor of Arts in Biology from the University of Virginia in May 2002 and my Masters of Science in Environmental Science from Christopher Newport University in August 2005.

3. I am currently the Water Technical Authority/Life Scientist with the Office of Enforcement Coordination in the Office of the Regional Administrator, EPA Region 4. From November 2008-November 2015, I was a Senior Enforcement Officer in the NPDES Permitting and

Enforcement Branch (formerly the Clean Water Enforcement Branch) in the Water Protection Division in EPA Region 4.

4. As an enforcement officer, my duties included case development, inspecting facilities, drafting administrative and judicial enforcement documents and orders, calculating penalties, and monitoring compliance with administrative and judicial enforcement orders covered by the Clean Water Act, 33 U.S.C. §§ 1251 et seq., ("CWA").

5. I submit this Declaration in support of the United States' Motion to Enter Consent Decree, United States et al. v. Southern Coal Corporation et al., Civil Action No. 7:16-cv-00462-GEC ("CD"). The CD was lodged with the Court on September 30, 2016, the same day that the Complaint in this matter was filed.

6. Since approximately 2013, I have been involved with the matter now known as United States et al. v. Southern Coal Corporation et al., Civil Action No. 7:16-cv-00462-GEC, and in October 2014, I was assigned as the lead EPA Region 4 enforcement officer on this matter. This case concerns violations of the CWA at Defendants' coal mining sites in Alabama, Kentucky, Tennessee, Virginia, and West Virginia.

7. Defendants are permitted to discharge pollutants into streams and other waterbodies as long as such discharges are consistent with permits issued under the CWA. These permits are known as National Pollutant Discharge Elimination System (NPDES) permits.

8. I have reviewed the CWA compliance history of the Defendants. As alleged in the Complaint, Defendants violated the effluent limitations of their NPDES permits at least 119 times in 2010, 518 times in 2011, 859 times in 2012, 692 times in 2013, and 427 times in 2014.

9. EPA began negotiations with Defendants in late 2014. Since that time, there have been notable improvements in Defendants' compliance record. For example, Defendants violated the effluent limitations of their NPDES permits approximately 405 times in 2015 and 272 times to date in 2016.

10. EPA intends to closely monitor Defendants' performance under the Decree.

11. There are many mechanisms provided under the Decree should compliance with the Decree or the CWA falter. These include: the violation response plan provisions of paragraph 47; stipulated penalties as provided in Section X; and bringing a new civil action or a contempt motion as set forth in paragraph 102. EPA will avail itself of the appropriate compliance tool should it find Defendants' performance under the Decree is not achieving compliance with the CWA.

Executed this ___2___ day of December, 2016, in Atlanta, Georgia.

Laurie E. Ireland