IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

(ROANOKE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 7:16-cv-00462-GEC |
| SOUTHERN COAL CORPORATION, ET AL., | ) |
| Defendants. | ) |

**THE UNITED STATES', STATE OF ALABAMA'S, AND
THE STATE OF TENNESSEE'S MOTION TO COMPEL COMPLIANCE
WITH THE CONSENT DECREE**

On December 19, 2016, the Court entered a Consent Decree ("CD") in the above-captioned action. (Docket No. 21). The CD resolved all claims alleged by the United States, the State of Alabama, the Commonwealth of Kentucky, the State of Tennessee, and the Commonwealth of Virginia in the Complaint filed in this action against Southern Coal Corporation, *et al*. for violations of the Clean Water Act. (Docket No. 21).

Defendants Southern Coal Corporation, Premium Coal Company, Inc., and Justice Coal of Alabama, LLC have repeatedly failed to comply with the Court's requirements under the CD, including timely completing necessary work to prevent additional CD violations and paying of stipulated penalties for their past violations of the CD. As a result of the Defendants' failure to comply with the Court's CD requirements as more fully described in the memorandum in support of this motion, the United States, the State of Alabama, and the State of Tennessee

request that the Court order the Defendants Southern Coal Corporation, Premium Coal Company, Inc., and Justice Coal of Alabama, LLC to complete all necessary work and pay stipulated penalties as required by this Court under the CD.

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Patrick Casey*
PATRICK CASEY (FL Bar No. 731048)
Senior Counsel
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-1448
Email: patrick.casey@usdoj.gov

DANIEL P. BUBAR
Acting United States Attorney
Western District of Virginia

KRISTA CONSIGLIO FRITH (VSB No. 89088)
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
Tel: 540-857-2956
Email: KFrith@usa.doj.gov

OF COUNSEL:

MELISSA RAACK
Attorney-Advisor
U.S. Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

KAVITA K. NAGRANI
Associate Regional Counsel
U.S. Environmental Protection Agency, Region IV
61 Forsyth Street, S.W.
Atlanta, Georgia 30303

DOUG FRANKENTHALER
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, Pennsylvania 19103

FOR THE STATE OF ALABAMA

                                      */s/ Robert D. Tambling*
                                      Robert Tambling (AL Bar No. ASB-6026-N67R)
                                      Assistant Attorney General
                                      State of Alabama
                                      Montgomery, Alabama 36130-1463
                                      Tel: (334_ 242-7445
                                      Email: rtambling@ago.state/al.us

FOR THE STATE OF TENNESSEE

                     HERBERT H. SLATERY III
                     Attorney General and Reporter
                     State of Tennessee

                     */s/ Wilson S. Buntin*
                     WILSON S. BUNTIN (TN Bar No. 023231)
                     Senior Assistant Attorney General
                     Tennessee Attorney General's Office
                     Environmental Division
                     P.O. Box 20207
                     Nashville, TN 37202
                     Tel: (615) 253-5118
                     Email: wilson.buntin@ag.tn.gov

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served upon all counsel of record through the court's CM/ECF system on this 11th day of March, 2021.

                               */s/ Patrick Casey*
                               Senior Counsel
                               Environmental Enforcement Section
                               Environment and Natural Resources Section
                               United States Department of Justice