*U.S. v. Southern Coal Corporation,* Civil Action No. 7:16-cv-00462-GEC

# Exhibit 4



pmc
90-5-1-1-10974

**U.S. Department of Justice**

Environment and Natural Resources Division

*Environmental Enforcement Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 514-1448*
*Cell (202) 532-3365*

September 2, 2020

*Via Electronic and USPS Mail*

Mr. Michael Carey, Esq.
Mr. Benjamin Bryant, Esq.
Carey, Scott, Douglas, & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlawfirm.com
sbbryant@csdlawfirm.com

Mr. James C. Justice, III
Southern Coal Corporation
302 South Jefferson Street
Roanoke, VA 24011
Jcj3@bluestoneindustries.com

Mr. Thomas Lusk
Southern Coal Corporation
302 South Jefferson Street
Roanoke, VA 24011
tomlusk@me.com

Mr. George Stephens
Southern Coal Corporation
302 South Jefferson Street
Roanoke, VA 24011
George.Stephens@bluestoneindustries.com

Stephen W. Ball
Southern Coal Corporation
302 S. Jefferson Street
Roanoke, VA 24011
Steve.ball@bluestoneindustries.com

RE: Demand for Stipulated Penalties and Notice of Default in *United States of America vs. Southern Coal Corporation,* Civil Action No. 7:16-cv-00462-GEC (W.D. Va.)

Dear Messrs. Carey, Bryant, Justice, Lusk, Stephens, and Ball:

This is a demand for stipulated penalties due to Defendants' (Southern Coal Corporation, Premium Coal Company, Inc., National Coal, LLC, and Justice Coal of Alabama, LLC) non-compliance with the December 19, 2016 Consent Decree (Decree). In addition, this is a Notice of Default in accordance with Paragraph 67 of the Decree.

On numerous occasions over the past four years, the U.S. Environmental Protection Agency (EPA), and the State Co-plaintiffs have determined that certain Defendants have failed to maintain adequate compliance with the Decree and the Clean Water Act (CWA). Recently, EPA learned that Defendants Southern Coal Corporation, Premium Coal Company, Inc., and National Coal, LLC, have failed to submit timely permit applications and/or maintain required permit coverage pursuant to the CWA National Pollutant Discharge Elimination System (NPDES) for 11 sites in Tennessee. As a result, the Tennessee Department of Environmental Conservation (TDEC) has discovered unpermitted discharges from three of those sites. A list of Tennessee sites with expired NPDES permits and unpermitted discharges is set forth in Attachment A. The failure to file timely applications for renewal, the failure to maintain NPDES permit coverage, and the resulting unpermitted discharges are violations of the Decree, Paragraphs 22 and 29, as well as the CWA.

In addition, certain Defendants have failed to timely submit applications for three NPDES permits in the State of Alabama, resulting in the failure to maintain required permit coverage pursuant to the CWA NPDES for one site in Alabama which has not, to date, received new permit coverage. As a result, the Alabama Department of Environmental Management has discovered unpermitted discharges from the site. A list of late application submittals, the expired permit coverage, and unpermitted discharges documented at an Alabama site is set forth in Attachment B. The failure to submit timely and complete applications to maintain NPDES permit coverage, the failure to maintain NPDES permit coverage, and the resulting unpermitted discharges are violations of the Decree, Paragraphs 22, and 29, as well as the CWA.

Defendants' noncompliance includes the failure to comply with the CWA as required by Paragraph 22, which provides that "Defendants shall perform the work required by this Consent Decree in compliance with the requirements of all applicable federal, state, and local laws, regulations, and permits." In addition, Defendants have failed to comply with Paragraph 29, which provides that "[w]here any compliance obligation under this Decree requires Defendants to obtain a federal, state, or local permit or approval, Defendants shall submit timely and complete applications and take all other actions necessary to obtain all such permits or approvals." Furthermore, Defendants are required, under Paragraphs 22, 29, and 63 to take "all necessary additional actions to comply with the Defendants' NPDES permits for the term of the Consent Decree."

Defendants Southern Coal Corporation, Premium Coal Company, Inc., National Coal, LLC, and Justice Coal of Alabama, LLC are subject to stipulated penalties pursuant to Paragraph 85 of the Decree. The total stipulated penalties due for Defendant's failure to comply with the terms of the Decree is $3,192,000, as indicated in Attachments A and B. Please note that stipulated penalties continue to accrue until the violations have been addressed. The United States hereby demands

that Defendants pay the accrued stipulated penalties to the United States, Tennessee, and Alabama within 30 days from the date of this letter. Please make such payment in accordance with Paragraphs 94, 98, and 99 of the Decree.

Finally, Defendants in this case, have been seriously and/or repeatedly deficient or late in performance of the Work under the Decree. In accordance with Paragraph 67 of the Decree, the United States demands that Defendants Southern Coal Corporation, Premium Coal Company, Inc., National Coal, LLC take all necessary steps to cease the unpermitted discharges at the sites identified in Attachment A with respect to Tennessee, and comply with the Decree and the CWA within 30 days of the receipt of this letter. The United States demands that Southern Coal Corporation, Premium Coal, and National Coal LLC implement the corrective actions identified in Attachment A-1 within 30 days and notify EPA and TDEC upon completion of this work. Should Defendants Southern Coal Corporation, Premium Coal Company, Inc., and National Coal, LLC fail to cease such unpermitted discharges in Tennessee by taking the specific corrective action measures in Attachment A-1, EPA will present a Sight Draft under the Letter of Credit to Carter Bank and Trust, initiating the Trustee's responsibility to hire and fund contractors to perform the Work in accordance with Paragraph 68 of the Decree.

Thank you for your attention to this important matter. Please contact me if you have any questions.

Sincerely,

Patrick M. Casey
Senior Counsel

Attachments
cc:

*by USPS mail*
Office of Attorney General, AL
Office of General Counsel, Alabama Department of Environmental Management
Rebecca Goodman, Executive Director/General Counsel, Kentucky Energy and Environment Cabinet
Tennessee Attorney General's Office
Office of the Virginia Attorney General
Wesley H. White Esq., Trust Legal Counsel, United Wealth Management Group
Steven W. Ball, Treasurer, Wintergreen Hospitality Partners, LLC
Phyllis Q. Karavatakis, President, Carter Bank & Trust

*by electronic mail*
| | |
|---|---|
| W. Buntin, TN | wilson.buntin@ag.tn.gov |
| S. Durman, TN | stephanie.durman@tn.gov |
| C. Dear, AL | clint.dear@adem.alabama.gov |
| C. Blanton, AL | carrie.blanton@adem.gov |

| | |
|---|---|
| C. McNeill | cmcneill@adem.alabama.gov |
| M. Raack. EPAHQ | raak.melissa@epa.gov |
| D. Frankenthaler, EPA R3 | frankenthaler.douglas@epa.gov |
| C. Harsh, EPA R3 | harsh.chad@epa.gov |
| K. Nagrani, EPA R4 | nagrani.kavita@epa.gov |
| T. Houda, EPA R4 | houda.tara@epa.gov |
| L. Jonas, USDOJ | ljonas@enrd.usdoj.gov |

Attachment A

| Stipulated Penalties | | | | | | | |
|---|---|---|---|---|---|---|---|
| Company | State | Permit Number | Project Name | Violation | Penalty Date(s) | Penalties Pursuant to CD ¶ 85 | Stipulated Penalty |
| Premium Coal Company, Inc. | Tennessee | TN0063592 | Refuse Area #2 | Lapse in Permit Coverage as of May 6, 2020 | May 6, 2020- July 15, 2020 | May 6, 2020 - May 19, 2020: $1,000 per day (14 days x $1,000) = $14,000<br>May 20, 2020 - June 4, 2020: $2,500 per day (16 days x $2,500) = $40,000<br>June 5, 2020 – August 25, 2020: $4,500 per day (81 days x $4,500) = $364,500 | $418,500 |
| Premium Coal Company, Inc. | Tennessee | TN0069159 | Mine 5A | Lapse in Permit Coverage as of May 6, 2020 | May 6, 2020- July 15, 2020 | May 6, 2020 - May 19, 2020: $1,000 per day (14 days x $1,000) = $14,000<br>May 20, 2020 - June 4, 2020: $2,500 per day (16 days x $2,500) = $40,000<br>June 5, 2020 – August 25, 2020: $4,500 per day (81 days x $4,500) = $364,500 | $418,500 |
| Premium Coal Company, Inc. | Tennessee | TN0079570 | Mine 20 | Lapse in Permit Coverage as of May 6, 2020 | May 6, 2020- July 15, 2020 | May 6, 2020 - May 19, 2020: $1,000 per day (14 days x $1,000) = $14,000<br>May 20, 2020 - June 4, 2020: $2,500 per day (16 days x $2,500) = $40,000<br>June 5, 2020 – August 25, 2020: $4,500 per day (81 days x $4,500) = $364,500 | $418,500 |
| Premium Coal Company, Inc. | Tennessee | TN0069159 | Mine 5A | Unpermitted Discharge on May 19, 2020 at outfall 001 | May 19, 2020 | May 19, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Premium Coal Company, Inc. | Tennessee | TN0079570 | Mine 20 | Unpermitted Discharge on June 26, 2020 at outfall 005 | June 26, 2020 | June 26, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Premium Coal Company, Inc. | Tennessee | TN0063592 | Refuse Area #2 | Unpermitted Discharge on July 2, 2020 at outfall 001 | July 2, 2020 | July 2, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| | | | | | | Total TN Stipulated Penalties: | $1,258,500 |

Attachment A-1

Required actions to eliminate unpermitted discharges:

Premium Coal Refuse Area 2 (TN0063592)
- Vegetate or stabilize storage areas (see photos 1 and 2).

Premium Coal Mine 5A (TN0069159)
- Reslope and vegetate or otherwise stabilize the highwall area (see photo 3)
- Vegetate the staging area (see photo 3)

Premium Coal Mine 20 (TN0079570)
- Regrade and vegetate or otherwise stabilize the highwall area (see photo 4)
- Vegetate the spoil area (see photo 4)

Attachment A-1

## Image Addendum



Photo 1: Premium Refuse Area 2. Bare areas on storage area must be vegetated or otherwise stabilized. 7/2/2020.



Photo 2: Premium Refuse Area 2. Pond 2 was discharging at the time of inspection. Discoloration is evidence of sediment load due to unvegetated areas. 7/2/2020.

Attachment A-1



Photo 3: Premium Coal Mine 5A. Highwall and staging area must be regraded and vegetated or otherwise stabilized. 5/19/2020.



Photo 4: Premium Coal Mine 20. Highwall and spoil pile must be regraded and vegetated or otherwise stabilized. 6/26/2020.

Attachment B

| Stipulated Penalties | | | | | | | |
|---|---|---|---|---|---|---|---|
| Company | State | Permit Number | Project Name | Violation | Penalty Date(s) | Penalties Pursuant to CD ¶ 85 | Stipulated Penalty |
| Justice Coal of Alabama, LLC | Alabama | AL0080071 | Crane Central Mine | Failure to Submit Timely Application | May 6, 2020 | May 6, 2020: $1,000 per day (1 day x $1,000) = $1000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0073962 | Glade Preparation Plant | Failure to Submit Timely Application | May 6, 2020 | May 6, 2020: $1,000 per day (1 day x $1,000) = $1000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Failure to Submit Timely Application | November 18, 2018 | November 18, 2018: $1,000 per day (1 day x $1,000) = $1000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Lapse in Permit Coverage as of May 16, 2019 | May 16, 2019- July 31, 2020 | May 16, 2019 - May 29, 2019: $1,000 per day (14 days x $1,000) = $14,000<br>May 30, 2019 - June 14, 2019: $2,500 per day (16 days x $2,500) = $40,000<br>June 15, 2019 - July 31, 2020: $4,500 per day (413 days x $4,500) = $1,858,500 | $1,912,500 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on June 6, 2019 at outfall 003 | June 6, 2019 | June 6, 2019: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on June 21, 2019 at outfall 003 | June 21, 2019 | June 21, 2019: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on July 5, 2019 at outfall 003 | July 5, 2019 | July 5, 2019: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on November 6, 2019 at outfall 003 | November 6, 2019 | November 6, 2019: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on November 20, 2019 at outfall 003 | November 20, 2019 | November 20, 2019: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on December 5, 2019 at outfall 003 | December 5, 2019 | December 5, 2019: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on December 20, 2019 at outfall 003 | December 20, 2019 | December 20, 2019: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on January 9, 2020 at outfall 003 | January 9, 2020 | January 9, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on January 23, 2020 at outfall 003 | January 23, 2020 | January 23, 2020 : $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on February 9, 2020 at outfall 003 | February 9, 2020 | February 9, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on February 23, 2020 at outfall 003 | February 23, 2020 | February 23, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on March 9, 2020 at outfall 003 | March 9, 2020 | March 9, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on April 10, 2020 at outfall 003 | April 10, 2020 | April 10, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on April 24, 2020 at outfall 003 | April 24, 2020 | April 24, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on May 8, 2020 at outfall 003 | May 8, 2020 | May 8, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on May 22, 2020 at outfall 003 | May 22, 2020 | May 22, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on June 6, 2020 at outfall 003 | June 6, 2020 | June 6, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| Justice Coal of Alabama, LLC | Alabama | AL0078867 | Poore Kirby Mine | Unpermitted Discharge on June 20, 2020 at outfall 003 | June 20, 2020 | June 20, 2020: $1,000 per day (1 day x $1,000) = $1,000 | $1,000 |
| | | | | | | Total AL Stipulated Penalties: | $1,933,500 |