*U.S. v. Southern Coal Corporation,* Civil Action No. 7:16-cv-00462-GEC

# Exhibit 6

LAW OFFICES
## CAREY, DOUGLAS, KESSLER & RUBY, PLLC

901 CHASE TOWER
707 VIRGINIA STREET, EAST
P. O. BOX 913
CHARLESTON, WV 25323

MICHAEL W. CAREY
ROBERT E. DOUGLAS
JOHN A. KESSLER
STEVEN R. RUBY
DAVID R. POGUE
RAYMOND S. FRANKS II
S. BENJAMIN BRYANT

TELEPHONE  (304) 345-1234
TELEPHONE  (304) 342-1111
FACSIMILE  (304) 342-1105

January 11, 2021

**VIA EMAIL & U.S. MAIL**
Patrick.Casey@usdoj.gov

Patrick M. Casey, Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
PO Box 7611
Washington, D.C.  20044

  RE: *United States, et al. v. Southern Coal Corporation, et al.*
     **Civil Action No. 7:16-cv-00462-GEC**
     **U.S. District Court for the Western District of Virginia**

Dear Pat:

  I am writing to update you on the status of the remediation work to be completed under the Punch List at the three sites in Tennessee. First, all of the work has been performed by our contractor at all three sites. TDEC has been to the Refuse Pile site and has approved it as completed. Due to the presence of snow on the ground, TDEC was unable to complete their inspection of Mine # 20 and Mine 5A. As such, TDEC has requested that the Company, upon the melting of the snow, take pictures of the work and forward them to TDEC. At that point, if TDEC believes the work is satisfactory, they will approve those two sites as well.

  Please contact me if you have any questions.

            Very truly yours,

            Michael W. Carey

MWC/nes
cc: James C. Justice, III, President
   Stephen W. Ball, CFO