*U.S. v. Southern Coal Corporation,* Civil Action No. 7:16-cv-00462-GEC

# Exhibit 8

**From:** Casey, Patrick (ENRD)
**Sent:** Friday, December 11, 2020 12:50 PM
**To:** Mike Carey <mwcarey@csdlawfirm.com>
**Subject:** RE: 12/09/2020 Inspection Reports for three TN sites.

Mr. Carey, EPA does not accept your December 10, 2020 request/proposal.  The U.S. expects Southern Coal Corporation and Carter Bank & Trust to comply with the Court's Order (Consent Decree).

Thank you, Pat

Patrick M. Casey
Senior Counsel
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
<u>Regular Mail</u>:
4CON USPS
P.O. Box 7611
Washington, DC 20044-7611
<u>Overnight Mail</u>:
4 Constitution Square
150 M Street NE, Room 6.121
Washington, DC 20002
W 202.514.1448
C 202.532.3365
patrick.casey@usdoj.gov