*U.S. v. Southern Coal Corporation,* Civil Action No. 7:16-cv-00462-GEC

# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

(ROANOKE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOUTHERN COAL CORPORATION, ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No. 7:16-cv-00462-GEC |

**DECLARATION OF JOE DAVIS**

I, Joe Davis, declare the following to be true and correct to the best of my knowledge under the penalty of perjury:

1. My name is Joe Davis, and I am an employee of the U.S. Department of Justice, ("USDOJ"), Environmental Enforcement Section in Washington, DC. I have been employed by USDOJ since March 19, 1991.

2. I am currently the Case Management Unit Chief in the USDOJ, Environmental Enforcement Section.

3. As the Case Management Unit Chief, my duties include monitoring payments of civil penalties and stipulated penalties received by the United States pursuant to judicial enforcement orders brought by the USDOJ Environmental Enforcement Section for violations under the Clean Water Act, 33 U.S.C. §§ 1251 et seq. ("CWA") and other federal statutes.

1

4. I submit this Declaration in support of the United States', the State of Alabama's, and the State of Tennessee's Motion to Compel Compliance with the Consent Decree ("CD").

5. I monitor all civil penalties and stipulated penalties that have been paid by the Defendants under the December 19, 2016 Consent Decree in this case.

6. From December 19, 2016 through January 19, 2021, the United States has received $2,245,609 in Stipulated Penalties from the Defendants in this case.

7. As of the date of this declaration, Defendants Southern Coal Corporation, Premium Coal Company, and Justice Coal of Alabama have not paid any of the $3,192,000 stipulated penalties demanded under the September 2, 2020 U.S. Demand for Stipulated Penalties and Notice of Default in this case.

Executed this 8th day of March, 2021, in Washington, DC.

_____
Joe Davis