*U.S. v. Southern Coal Corporation,* Civil Action No. 7:16-cv-00462-GEC

# Exhibit 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

**(ROANOKE DIVISION)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 7:16-cv-00462-GEC |
| v. | ) |
| | ) |
| SOUTHERN COAL CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**PROPOSED ORDER GRANTING THE UNITED STATES', STATE OF ALABAMA'S,
AND THE STATE OF TENNESSEE'S MOTION TO COMPEL COMPLIANCE
WITH THE CONSENT DECREE**

Upon consideration of the United States', State of Alabama's, and the State of

Tennessee's Motion to Compel Compliance with the Consent Decree ("Motion"); and the Court

having found that it retained jurisdiction over this matter pursuant to the Consent Decree (Docket

No. 21, ¶ 134); and the Court having determined that the legal and factual bases set forth in the

Motion and Memorandum in Support of the Motion establish just cause for the relief granted

herein; and upon all of the proceedings had before this Court; and after due deliberation and

sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Within 10 days of the date of this Order, the Defendants Southern Coal Corporation,

   Premium Coal Company, Inc., and Justice Coal of Alabama, LLC shall pay

   $3,192,000 in Stipulated Penalties to the Plaintiffs, in the allocations provided in ¶ 93

   of the CD.

1

3. By no later than April 30, 2021, the Defendants Southern Coal Corporation and

   Premium Coal Company, Inc., shall complete all necessary work to cease the

   unpermitted discharges at the Premium Coal Refuse Area #2, Premium Coal Mine

   5A, and Premium Coal Mine 20 in Tennessee as directed by the Tennessee

   Department of Environment and Conservation.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to

   the implementation of this Order.


So Ordered this ___ day of _____, 2021.



_____
GLEN E. CONRAD
United States District Judge