# EXHIBIT 3

**(SEALED DOCUMENT FORTHCOMING)**