IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 7:16CV00462 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SOUTHERN COAL CORPORATION, et al., | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

Finding good cause, it is hereby

**ORDERED**

that this case is **TRANSFERRED** to the docket of Chief United States District Judge Michael F. Urbanski for all further action and proceedings.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This 16th day of April, 2021.

                              _____
                              Senior United States District Judge