LAW OFFICES

# CAREY, DOUGLAS, KESSLER & RUBY, PLLC

901 CHASE TOWER
707 VIRGINIA STREET, EAST
P. O. BOX 913
CHARLESTON, WV 25323

MICHAEL W. CAREY
ROBERT E. DOUGLAS
JOHN A. KESSLER
STEVEN R. RUBY
DAVID R. POGUE
RAYMOND S. FRANKS II
S. BENJAMIN BRYANT

TELEPHONE (304) 345-1234
TELEPHONE (304) 342-1111
FACSIMILE (304) 342-1105

May 7, 2021

Julia C. Dudley, Clerk
United States District for the
Western District of Virginia
210 Franklin Road, S.W.
Suite 540
Roanoke, VA  24011

RE:   United States, et al. v. Southern Coal Corporation, et al.
Civil Action No. 7:16-cv-00462-GEC
U.S. District Court for the Western District of Virginia

Dear Ms. Dudley:

In our previously filed Dkt. 42, Exhibit 1, attachment 8, we have discovered that two of the three pages of the letter, dated September 20, 2020, were omitted.  I have enclosed the complete letter and I would ask that it replace the single page previously filed.  I will note that the full letter was previously filed in Dkt. 28, Exhibit 1.

Thank you for your attention to this matter.  Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Michael W. Carey

MWC/nes
Enclosure
cc:   Honorable Michael F. Urbanski
Patrick M. Casey, Esq.
Wilson S. Buntin, Esq.
Robert D. Tambling, Esq.
Aaron Houchins, Esq.