ABSTRACT OF JUDGMENT

Case Name: United States of America v. Southern Coal Corp., et. al.

Case No: 7:16-CV-00462

| Name(s) of Parties against whom Judgment(s) have been obtained | Name(s) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Southern Coal Corporation<br>Justice Coal of Alabama, LLC | United States of America<br>State of Alabama<br>Alabama Department of Environmental Management<br>Commonwealth of Kentucky, Energy and Environmental Cabinet<br>State of Tennessee<br>Commonwealth of Virginia |

| Amount of Judgment(s) | Name and Address of Attorney | Entry Date of Judgment(s) |
|---|---|---|
| $1,285,500 | United States Attorney's Office<br>Attn: Financial Litigation Unit<br>Western District of Virginia<br>Post Office Box 1709<br>Roanoke, VA 24008-1709<br>Telephone: 540-857-2259 | 12/7/21 |

I CERTIFY that the foregoing is a correct Abstract of Judgment.

Clerk's Office
United States District Court for the
Western District of Virginia

Date: 10/31/2023

Laura A. Austin, Clerk of Court

By: Deputy Clerk